v. Linda Boehme. On behalf of the athletes, Mr. Thomas Gooch. On behalf of the athlete, Mr. James Kemping. Thank you. Mr. Gooch, you may proceed. Good morning. Good morning. Please record the William Boehme was deceased and I've really dropped the case. I represent William Boehme, Linda Schmidt, who are the claimants of the property in question. We speak of a 20-foot piece of parcel, 20-foot wide parcel, bounding aside, owned by both the Hawks and the Schmidts. I'm not going to go through the whole statement of facts with you, but there are two claims. Hawks claim they have the right to the ownership of the property because they paid taxes for seven years. We believe that is a false statement. The Hawks did not buy their property until 2003. This lawsuit was filed in 2005. It'd be impossible for them to have paid taxes for seven years. Well, they said either that or the previous owners. Can I ask you a procedural question? Yes, sir. You had a summary judgment on this case. What was that on? Was that on both issues or just one? It was on the issue and I was not counsel of record at that time. It was handled by someone else. My understanding and reading of the record is that it was a summary judgment based on the fact that the Schmidts could show no legal right to ownership of the property. They then went out and obtained legal right by finding the heirs of the property. So it was solely on the title issue and not the 13-110 issue. Yes, sir. There's no transcript of those proceedings, correct? No, sir. But it appears since the 13-110 issue, it continues to be argued here that it was not decided. Yes, sir. And that's really the thrust of it. On one hand, I know of no case that says they could rewire the  without any type of an assignment from a predecessor who may have paid taxes. In fact, there is no proof in the record as to who exactly did pay those taxes for the years prior to the time of Hawks' purchase of the property. What was conveyed to the Hawks when they purchased the property? The deed that they received from a land trust excluded the 20-acre strip of property, very specifically. They then went back to the beneficiaries of the land trust sometime later and said, give us a quick claim deed to that 20-foot wide strip, which people named Black, who were the beneficiaries of the land trust, did. The problem is that Black had no authority or ownership right to do so. He hadn't paid taxes. In fact, he had no possession of the property. The record is clear by the testimony of Linda Schmidt. She fenced that property somewhere between 1987 and 1990, and it always was fenced. At the time of closing, the survey that the Hawks gave to, strike that, that Blacks gave to Hawks clearly accepted that parcel of property. Under the Grand Torque, did the parties examine a Grand Torque grantee index, or did they go to a title insurance company's track books? The testimony was that there was a title commitment produced at the closing that did not include the 20-foot strip of property. Did anybody look up the Grand Torque grantee index? We did prior to trial, and we produced that trial, and those deeds are found in the appendix at 49 to 66. The entire chain of title for Lillian Baldwin followed. When Lillian, way back when, sold off that property, she accepted and excluded the 20-foot strip. So what you're saying is there's never been, from the last known fee owner in the Grand Torque grantee index, a deed of that property to anyone? Until Black gave a quick claim deed to Hawks, but there was no... I thought I said that was within the chain of title. I'm sorry, sir, if you did, I missed it. No, there is no deed. The only deed within the chain of title goes from the heirs of Lillian Baldwin to the Schmitz, my clients. And we believe that is inclusive as to ownership of the property, because we do not believe that the Hawks have complied with the necessity, the necessary steps for a 110 taking of the property. They did not have possession of the property at any time. In fact, they concede it's always been fenced. It was fenced when they bought it. Did your counterclaim ask that title be quieted in your clients? Yes. We asked that we be found a legal owner of that property. What's our standard of review on the title issue? I believe this would manifest way to the evidence, but if it's clear and convincing evidence, then I don't believe the Hawks can reach that level either. And I think, frankly, a deed in the chain of title trumps it. Are you talking about patents? We have two issues here. We have the 13-110 issue. We have the title issue. My question is on the title issue, what is our standard of review? It manifests way to the evidence. And now what about the standard of review on the 13-110? I believe this manifests way to the evidence also. It's undisputed that the property was fenced. Yes, sir. Yeah, everybody agrees. At the time the Hawks purchased the property, the property was fenced and being used for grazing a cattle. What type of a fence was it? It wasn't chain-linked. Electrified? It was not electrified. It may have been electrified. I think you had me on that one. There's nothing in the record to indicate that. Was it polarized or magnetized? It was the best way I could describe it is as a fence capable of keeping a thousand-pound steer confined. So I would suspect it was something more than a picket fence. Clearly occupied. Yes, sir. Was the title issue, I mean, can we decide that solely on the documentary evidence or do we have to rely on testimony? I think you can decide it on the chain of title that we introduced to trial, which are all the deeds from William Boehm and from grantees under William Boehm and grantors all excluding that 20-foot strip of property. Are the deeds ambiguous? No. Why is that not a de novo review then? It could be a de novo review if you find them unambiguous. I suppose they become ambiguous when one deed outside of the chain of title is ejected into it and the issues of abandonment are raised. I'm just talking about the title issue. I mean, abandonment is if we find title staying under William Boehm and then transferred from her heirs to your clients, then we reach the abandonment issue as another alternative argument. But I'm just talking about where's the title of this place? Because both people have competing basically, you know, the quick claim deed on one side and the deed from the heirs on the other side. That was a quick claim deed also. We believe our quick claim deed is within the chain of title. Theirs is not. So I think in summary, when you look at the various things, we quoted a case that says they have to acquire color, title and good faith, which is an absence of bad faith under Dawson. But I believe they cannot say they had any title under color of good faith when at the time they purchased the property, they received a survey that clearly showed the property was not part of the conveyance. When they received the title commitment, they clearly showed the property in question was not part of the conveyance. And most importantly, they received a deed at the closing that did not include the disputed piece of property. Now, there's some issue on PIN numbers, PIN numbers being changed. But PIN numbers don't define a legal description. PIN numbers are something that the county government creates for their method of identifying property. You know, in the old days, we didn't use PIN numbers. We were sent to, there were terrible days for recorder's offices to read abstract books and we used legal descriptions. I believe DuPage County was the inventor or instigator of PINs. I think that's a correct statement. Instigator might be a better term. But they have caused more than one problem by their reliance on because you can type a PIN number on a deed and everyone forgets the legal description. Well, the PIN number is not designed to determine who has title or what the legal description of the property is. It's for purposes of assessment of realistic taxes. That's correct. And if a piece of property is designed to use it for a purpose other than what it was designed, you need to understand that the quality control was not at a sufficient level for them to depend on it for things other than a PIN for tax purposes. And the problem is, you can type any PIN number you want on a deed. And in fact, you see on one of those deeds, the PIN number has been blacked out. I mean, that's the problem with We're getting off on something that's clearly not relevant to this, but it's a problem. So in summary, I believe the best title of my clients is a deed within the chain of title and not someone relying on some unknown person paying taxes. Well, is it a question of law to determine whether or not something is or is not within the chain of title by examination of legal documents? Yes, sir. It's only when you have oral testimony or evidence other than documents purporting to be deeds that you might get into a question of either fact or mixed law. Yes, sir. I agree with that. If there are no other questions, that's all I have to say. Thank you, Counselor. You will have time for rebuttal. Mr. Campion, you may proceed. Good morning, Your Honor. Good morning, Mr. Gooch. May it please the Court. Your Honor, this is a suit brought pursuant to Section 13-110, which is a suit for adverse possession with respect to vacant and unoccupied land. The suit was brought against not only Mr. Gooch's current clients, but also against Lillian Bone and the heirs of Lillian Bone. Procedurally, you received a summary judgment with respect to one of two parties in the case, that being against Mr. Gooch's current clients, and that was because their only claim at that time was that they had fenced in the property and they were waiting for perhaps 20 years to claim it themselves for adverse possession. The Court ruled that our title was more superior to their title to the property because we did have a deed. Their deed specifically excluded this 20-foot strip. So the Court already determined that the Schmitt's title to the property was not, that our client's title was superior to theirs and who had summary judgment in favor of our client. That left then the issue of whether that Lillian Bone or the heirs of Lillian Bone, who really did have the actual record title, they lost title to it by virtue of my client's adverse possession pursuant to Section 13-110. What authority do you have to support the notion that property that is fenced in and being used is not occupied? Well, it's not occupied by any, it's not occupied by persons. Occupied means occupied by people living there. Otherwise, vacant land is unoccupied. There is a case law that talks about it being fenced in, but it still remains unoccupied land. What case is that? Well, all of the cases that talk about adverse possession where there are fences, any of them cited in the case law, it is unoccupied land. What about the argument that your clients didn't have any interest in the land until they got their deed and the time for adverse possession begins then, not with the predecessors in interest? Well, that's contrary to the facts in this case, Judge. The testimony in this case from my client is that prior to closing on the property, he had the PIN numbers of the parcels that he intended to purchase. He went to the assessor's office and he looked at a map that showed him where those PIN numbers were and included this strip of land. He testified that it was his understanding and his intention that when he closed on the property he would be buying this strip. And it makes sense because it's a 20-foot strip that gives him access to the northern portion of the rest of the property that he was buying. And he said at the time it was his intention that he would put a road in there eventually to get to the northern portion of the other properties that he was buying. This was before the closing. He said he saw that. He testified it was his intention and his understanding that he was buying this 20-foot strip. He goes to the closing. The testimony is that at closing he's presented a survey that doesn't show this, which there then was confusion, at which time he said, hey, I'm buying this other strip. And he says to the sellers, I need a deed that gives me your interest in this other strip. And they agree to do that. And after the closing he got a deed, not only from the individuals, but also from the trustee that technically owned the land for this specific deed that gave him legally described, corrected the legal description in the deed that he got at closing. So there's no question that he has color of title, both by virtue of the deeds he got after closing, which he said were intended to correct the legal description in the deed at closing. Plus, the deeds he got at closing identifies, and it would make color of title, I submit, parcel number 016, which, if you look at the assessor's maps, includes this piece of property, that that deed alone would constitute color of title. But clearly by the time he bought it, he acquired color of title. That's one of the issues. What's your definition of color of title? Well, color of title would be any deed that would indicate an interest in this property. It could be defective title. What does the deed say with respect to that 20-foot strip? The deeds that he got after the closing, it clearly identifies the legal description of that piece. The parties agree to that. The two deeds, which are exhibits, I believe, 1B and 1D, clearly define this piece of property. And those are the ones that he went out and got. He had a surveyor prepare the correct legal description. The blacks signed it, gave him their interest in that piece of property. There's no... I'm sorry. Do you agree that in relation only to the chain of title, and I'm not talking about 11310 or abandonment or any of that, just as to chain of title, chain of record title, do you agree that the defendants now have superior title? Well... Just as to the chain of title. If we're just going through... If we hadn't had any adverse possession activity, correct. Okay. So you really are, at this point in time, relying on the 13110 or abandonment. As against the heirs of Lillian Bone, we'd already succeeded in our complaint against any interest that the Schmitz had in the property, in and of themselves. This deed they got came after we got a judgment against the Schmitz. It came after we had taken actions to declare our rights of possession to the property by filing the suit. But before you had a default on the heirs. Correct. So the heirs still had... The heirs had a right to come in and say, hey, you don't have a right to adverse possession against our interest. But they also had a right to convey title. They could deed whatever they wanted. Correct.  By that time, they issued the deed, which was after our judgment against the Schmitz. After the Schmitz... They could have gotten this before we went to trial against them. It may have been... It may have enhanced their position better. But by the time they issued... Well, if the issue was still open, why is it too late? Well, if the issue was still open as between us and the heirs... Well, and now they have the heirs' interest. Well, so that's all they have, though. All they have is the heirs who had lost it by virtue of my client's adverse possession by color of title which he had, payment of taxes. By the way, they do go... The court cases are clear that you can go back to the payment of taxes. And the other... In good faith, in its unoccupied land. That's all... And it's for seven years of payment of taxes. The record clearly shows that the taxes on parcel number 016, which the assessor says is this piece of property, had been paid by my client or successor since at least 1996. Why is that? Again, you say my client or... The successor party... Well, his successor party in title. The successor from my client's, the blacks, paid taxes on parcel 016 from at least 1996 on. And parcel 016, according to the assessor, was this 20-foot strip. So that's the taxes that were being assessed on this 21... There's no question on this 20-foot strip. That's the taxes that were being assessed on that parcel. Let me ask you this. What authority do you have for your assertion in page 11 of your brief that if the heirs believed they had better paper title, they needed to pay taxes for one or more of the years during the seven years? What authority do you have for that? Well, I don't necessarily have an authority. That's an argument. That's an argument that's unsupported by any case law or statutory law. You said they were broke up for seven years? Yes, the payment of taxes within that... Yeah, if they had paid taxes, if the heirs of Lillian Boone had paid taxes any time in this... That would have broken up to seven years. Yes, that's correct. And your argument is that the blacks' payment of taxes, that period of seven years does not begin anew when the hawks... No, no, because the hawks are in the chain of title from the blacks, so they can tag on that seven years. Are there cases that say that? Yes, but I don't have one here, but it seems... I don't care what it seems. Do you have authority that says that can take place, that you can acquire by adverse possession, by gaining title or the color of title and stepping into the shoes of somebody else who had been previously asserting rights over the property? I don't have the cases to cite to you. I'm not aware of one. That's why I asked the question. Well, the other thing is that I don't recall it ever being an issue in this case. People agreed that the taxes had been paid. But I know that there are cases, because I read them when I prepared them, but it's not been an issue by anyone, and I don't... so it's not included in our brief, Your Honor. And you maintain that despite the fact that the property was fenced in and being used by the Schmitz, it's still unoccupied. That's irrelevant to our claim against the Arizalillion Mall. It would have to be the record title holders, the Arizalillion Mall that would have had to fence it in. Not somebody foreign to it altogether. As a matter of fact, the fencing in might substantiate the fact, as against the heirs of Lillian Bone, someone was out there claiming an interest contrary to yours. So you can look at the Schmitz fencing in. I would submit that the Schmitz fencing in would be another proof of the element that the heirs of Lillian Bone were being advised that your right to this property, someone is claiming an interest in it. So it would have been them, or they would have had to come and somehow assert their rights sometime during the seven-year period. Payment of taxes, come back, say, get off the property, I own it. The evidence is clear that not only did they not assert the rights, they never thought they had any rights. They never knew they had the property, they never cared. As a matter of fact, the testimony is that when Lillian Bone sold off all of her property in 1952, she moved to Wisconsin. She didn't believe that she had any. What? Pardon? The fact that she moved away and doesn't take any action, that means she abandoned the property? Well, the rest of it, that she never came back, that her heirs, that she never talked about her anymore, I think you can conclude that she had abandoned it. Now, abandoning of the property doesn't necessarily mean she still didn't own it. And therefore, we would still have to prove by adverse possession that we have a title now to it that is superior to her former title. Isn't an element of adverse possession, possession? Correct. How did your clients possess this property when they filed suit? Okay. I would first say that the statute doesn't require possession, but the case law has said you do need possession. And possession, I believe, is to alert the true owner of the property that someone else is doing something contrary to ownership. Our client... I thought it was not only against the owner, but against all other individuals in the world. Correct. That you claim that you're the fee owner. Yeah. That all the other people in the world would not believe that the heirs of Lillian Bone still own the property. You've got to remember, it's what the perception is as to the heirs of Lillian Bone. The actions that my client was, because the testimony is when he bought the property, he clearly intended to put a road in it eventually so that he could access the back part of his property, and that makes sense. He said that in 2005, he started that action. He hired a surveyor to go out to the property to survey the road, and then somebody other than the heirs of Lillian Bone said, no, no, you can't come on the property. It's ours. So what did he do? He could have had self-help and just go tear down the fence against them. Not against the bones. They weren't claiming anything. But what he did, the more logical thing, is that is file a lawsuit saying, I own the property. That's a declaration, and I have right to possession of the property. The filing of the lawsuit I submit is a claim of ownership and a claim of possession. Well, wait a minute. That's circular reasoning. You have to have possession to file the lawsuit, but filing a lawsuit gives you possession. Well, you don't have to. He couldn't have, given the facts of this case, the only way he could have had an act of possession is by tearing down the fence and causing, I suppose, a civil disturbance with someone else, not the heirs of Lillian Bone, but just somebody else. What about a forcible entry and detainer? Or an ejectment action? Well, that's what the suit is. It would be the same type of suit. An average possession suit says more. Not only do we have possession, but an average possession suit. But they don't have good title. What I'm getting at is if title never passed from Bone to the Catoons to the Blacks to this strip of property, never passed, never passed. I mean, clearly, if you look at at least the deeds I looked at, never passed. Therefore, Black executes a quick claim deed. A quick claim deed only gives the buyer what the seller has. But it's color of title. Okay, it's color of title, but it's not possession. That's correct. So if you don't have good title and you don't have possession, paying the taxes is irrelevant. Well, you have color of title. That's all you need under Section 13-110. They do have color of title. They have a deed that one says in the predecessor that it's tax parcel 016, and then at the closing they got a corrected deed that actually lists this property. Your client did put some, what, asphalt along the fence line? He did that in connection with his intent in 2005 to now put the road in that he intended to do when he bought the property. What's your definition? Well, strike that. Mr. Black apparently filed an affidavit saying that he never claimed or never believed that he had ownership interests in the property. That is not in the record. That is no evidence. That's not any evidence in this record. The attempt to put that in, an affidavit, was denied. And they could have called Mr. Black at the trial, but they did not. So there's no evidence in the record to indicate what Mr. Black thought or he didn't think. Okay. I have no further questions, Judge. One other thing, it would appear as if the Dotson case, you asked the question as to this court's standard. There's a mixture, as we indicated in ours, but the Dotson case says that, thus, our review is simplified as to the following question. Was the trial court's conclusion plan to clearly prove every element of Section 13-110 clearly erroneous? That's at least what Dotson says. And, therefore, we would submit that the trial court's decision was not clearly erroneous and, therefore, would ask your court, respectively, to affirm. Thank you very much. Mr. Gooch, rebuttal. Mr. O'Neill? I think it was a sign that had been torn down that somebody would have large hook prints on their memory work. And those hook prints indicate the possession and the occupation, I think, by my clients. They were actively using that property. As for the Blacks, they could have called the Blacks, too. They could have called the Blacks to put in evidence that the Blacks did, in fact, pay some taxes. They could have gotten an assignment, perhaps, from the Blacks of any rights they might have had for payment of those taxes. But the law, I think, is pretty clear. And we cited in two cases, one in the Illinois Supreme Court case back in 1956, that says you have to, you cannot rely on your predecessor's actions. You've got to do it. And I think that trumps the whole issue of payment of taxes. I mean, I don't know how we can keep arguing that when there is a case that is directly on point on that. Counsel seems to argue that that was not raised below. No, it was not raised below. How is that argument not forfeited, then? Because it's relevant to the judgment of the court finding that they paid taxes for seven years. When the court entered its judgment, it was based on the Hawks paying taxes for seven years. That raises the issue on appeal that they did not. There was no evidence, and the Hawks never testified at trial, that they paid the taxes for the whole seven years. They raised the issue that the blacks paid, their predecessors paid taxes for the whole seven years. If you don't raise it at trial, it certainly doesn't put anybody on notice that that's an issue, and that's maybe why they didn't call the blacks. When they made the argument that they paid the taxes, it then became incumbent for me to believe that they had. Now, do you raise it at trial in a pleading or otherwise? But I think it's sufficiently preserved for appeal. Did you deny in your answer that they had paid seven years? Yes. Thank you. Yes. I mean, we did not allege affirmatively, nor do I believe it's an affirmative matter. No, it wouldn't be because your affirmative denial is nothing more than a denial. Yes. What's your definition of color of title? Some indications of the public that you have an ownership interest in the property. Or negatively, you've obtained color of title improperly. I don't believe you show you have color of title to properties that's fenced and not available to you. When the asphalt was not on the property, the asphalt was. Mr. Campion claims that the deed establishes color of title. Do you agree with that? No, and notwithstanding the respect I have for a very long-term friend and colleague, Mr. Campion, I don't think you can create a deed outside the chain of title to vest yourself with color of title. It sure seems like the county thought they had title. The county on more than one occasion has made a mistake, Your Honor. No, but wouldn't that be color of title? I mean, if the county buys everything that's going on, wouldn't that at least be color of title? If, in fact, there was a separate PIN number just for a parcel of property that was clearly separate, it would be. But what they did was change the PIN number, and they ignored the fact that it was a separate parcel of property. They can't show a PIN number just for that piece of property, and that's the problem with the PIN system. When somebody makes that decision and somebody sitting in an office decides that a parcel of property evaporates into neither world, and they ignore what we all used to use a lot of, the grantor-grantee index books and the checking of legal descriptions. Legal descriptions define title, not PIN numbers. So the parcel in question, the taxes were paid because the PIN number included it in with the HAWQS other property? Yes. Okay. I have nothing more to say. Is there any factor related to color of title regarding good faith belief that one has title or not? Well, that goes to the question of whether or not I think you can negatively define color of title, but I don't think it's an issue in this case. I don't think anybody did anything deliberate. I think that the Schmitz believed when they got the property that they confessed it, and they did. I think Mr. Haack knew at the time of closing, what he did after closing doesn't matter, but he knew what he was getting at closing. He had a survey and a commitment for title, all of which excluded that 20-foot piece of property. Well, it wasn't the first deed from the trustee or the trustee's deed that would be relevant material to establish good faith, would it? Would it not be the quitclaim deed that came thereafter that would allegedly create color of title because it was the first time that the deed indicated that it covered the property in question? I can't get into the mind of the blacks or what the blacks intended by that. I don't think you can say you took it in good faith when you had all these other documents. Well, why would it be in the minds of the blacks? Why wouldn't it be in the minds of the Haaks? I can't get into their mind either, Your Honor. You've never tried, or you don't think you can do it? I don't think I can get into their mind, Justice. I think that they can't say they have it in good faith when they have all these other things. Contrary, at the same time, they have a survey that they accepted, that accepts it. Title Company, in their infinite wisdom, is not insuring it, and they can't access it. Did Judge Caldwell ultimately find both that 13-110 was satisfied and that the title, not just color of title, but actual title rested with the Haaks? Yes. Yes, he did, and that's what brings us here. Thank you. I'd like to thank the attorneys for this case. We'll be taking over advisement. We are adjourned.